12 A.3d 284

**Mabel COTTLE, Petitioner**

v.

**TENET HEALTH GRADUATE, LLC, Graduate Hospital d/b/a Tenet Health System Graduate, LLC, Tenet Health System Graduate, LLC d/b/a/ Graduate Hospital and Dr. Jay Morros, M.D.**

v.

**EPMG of Pennsylvania, P.C., Respondents.**

Supreme Court of Pennsylvania.

Jan. 3, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 3rd day of January, 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue:

Whether a board certified obstetrician/gynecologist may, under Section 512 of the MCARE Act, testify regarding an emergency room physician's standard of care concerning an alleged misdiagnosis of a patient with an ectopic pregnancy?